IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

# Change of Correspondence Address

| Proceeding. | 91169571 |
|---|---|
| Plaintiff | Plaintiff<br>G&W Laboratories, Inc. |

Please change the correspondence address for the above party here as follows:

| Old Correspondence Address | Samantha M. Kameros<br>Lerner, David, Littenberg, Krumholz & Mentlik, LLP<br>600 South Avenue West<br>Westfield, NJ 07090<br>UNITED STATES<br>gparadise@ldlkm.com, litigation@ldlkm.com |
|---|---|
| New Correspondence Address | Gregg A. Paradise<br>Lerner, David, Littenberg, Krumholz & Mentlik, LLP<br>600 South Avenue West<br>Westfield, NJ 07090<br>UNITED STATES<br>gparadise@ldlkm.com, litigation@ldlkm.com<br>Phone:908-518-6323 |

## Certificate of Service

The undersigned hereby certifies that a copy of this paper has been served upon all parties, at their address record by Facsimile or email (by agreement only) on this date.

Respectfully submitted,
/Gregg A. Paradise/
Gregg A. Paradise
gparadise@ldlkm.com, litigation@ldlkm.com
01/29/2009